# United States District Court
## Western District of North Carolina
## Statesville Division

**Antoine Lee Ferone,**

Petitioner(s),

vs.

**USA,**

Respondent(s).

JUDGMENT IN CASE

5:16-cv-00083-KDB
5:12-cr-00037-KDB-DCK

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2020 Order.

January 31, 2020

Frank G. Johns, Clerk
United States District Court